# Order

Michigan Supreme Court
Lansing, Michigan

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135134(56)

_____

In re Adoption of RIO MARCELLA BORGHESE,
Minor.

_____

SALLY BORGHESE,
      Petitioner-Appellant,

v

MICHIGAN CHILDREN'S INSTITUTE,
      Respondent-Appellee.

SC: 135134
COA: 274337
Kent Circuit Court Family
Division: 06-021909-AM

_____/

      On order of the Court, the motion for reconsideration of this Court's December 7, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                                                        
d0211                                                             Clerk